IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JESSIE JOENATHAN ROBERTS,

    Plaintiff,

v.

UNITED STATES FEDERAL COURTS;
UNITED STATES ATTORNEY; DEA
OFFICE; UNITED STATES PROBATION;
FEDERAL PROBATION OFFICERS;
UNITED STATES BOND DEPARTMENT;
and U.S. MARSHAL SERVICE,

    Defendants.

CIVIL ACTION NO.: CV510-010

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The claims set forth by Plaintiff are moot; therefore, his complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 22 day of March, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)